IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

SEAN TROESCH

Magistrate No. 20-2078

ORDER OF COURT

AND NOW, to wit, this <u>1st</u> day of <u>August</u>, 2022, upon consideration of the Motion to Dismiss Complaint, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Complaint at Magistrate No. 20-2078 as to defendant Sean Troesch is hereby DISMISSED.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel for Defendant
      United States Attorney
      United States Marshals Service
      Pretrial Services